

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger Lawyers
Title Insurance Corporation, Barclays Capital Real Estate Inc. d.b.a HOMEQ, as servicing Agent
for Duetsche Bnk. National Trust Company as Trustee,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

# O R D E R

 Appellant filed a notice of appeal from the trial court's judgment and an affidavit of indigence. A contest to the affidavit was filed and, on January 26, 2015, the trial court sustained the contest. Medrano did not file a motion challenging the trial court's order. See TEX. R. APP. P. 20.1(j)(1), (2) (party may challenge order sustaining contest by filing motion in court of appeals no later than ten days after order sustaining contest is signed).

 Both the court reporter and the district clerk have filed notifications of late record, stating the records have not been filed because appellant has not paid or made arrangements to pay the clerk's and reporter's fees to prepare the record and appellant is not entitled to the record without paying the fees.

 We order appellant David Medrano to file, by **March 2, 2015,** written proof that the clerk's and reporter's fees have been paid or arrangements satisfactory to the clerk and reporter have been made to pay the fees. If Medrano fails to timely comply with this order, the appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.

Keith E. Hottle
Clerk of Court